1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

|  | Case No. CV 19-01753-AB (AGRx) |
| --- | --- |
| Chris Langer, | |
| Plaintiff, | ORDER DISMISSING CIVIL ACTION |
| v. | |
| Doris Safizadeh, et al., | |
| Defendants. | |

THE COURT having been advised by counsel that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **60 days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: April 25, 2019

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE